| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Sedwick, John W | 2. Court or Organization District of Alaska | 3. Date of Report 3/7/04 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ⦿ Annual ○ Final | 6. Reporting Period 1/1/03 to 12/31/03 |
| 7. Chambers or Office Address U.S. District Court 222 W. 7th Ave. #32 Anchorage, AK 99513 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 MAR 10 P 12: 30 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Alaska Permanent Fund | 1,108.00 |
| 2. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Alyeska Title Guarantee |
| 2. | 2003 | Alaska Permanent Fund |
| 3. | 2003 | ▇▇▇▇▇▇▇ |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sedwick, John W | 3/7/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Rental Income Duplex Apts. (gross) | F | Rent | O | W | | | | | |
| 2. ▮▮▮▮▮▮ | A | Dividend | J | T | | | | | |
| 3. ▮▮▮▮▮▮ | A | Interest | L | T | | | | | |
| 4. ▮▮▮▮ | A | Interest | K | T | | | | | |
| 5. City of Akhiok Bonds | A | Dividend | J | T | | | | | |
| 6. New York Life | D | Dividend | M | T | | | | | |
| 7. ▮▮▮ IRA | A | Dividend | K | T | | | | | |
| 8. ▮▮▮ IRA: Putnam Int'l Fund | | | | | Sell | 11/21 | K | | |
| 9. ▮▮▮ IRA: American Fund Captial World G&I Fund | | | | | Buy | 11/21 | K | | |
| 10. Keogh Plan | C | Dividend | M | T | | | | | |
| 11. Keogh Plan: Equi-Vest Fund Guaranteed Interest | | | | | | | | | |
| 12. Keogh Plan: Equi-Vest Stock Fund | | | | | | | | | |
| 13. Keogh Plan: Equi-Vest Balanced Fund | | | | | | | | | |
| 14. Keogh Plan: Equi-Vest Aggresive Stock Fund | | | | | | | | | |
| 15. ▮▮▮ IRA | E | Dividend | P1 | T | | | | | |
| 16. ▮▮▮ IRA: Van Kampen Emerging Markets Fund | | | | | | | | | |
| 17. ▮▮▮ IRA: Retirement Money Fund | | | | | | | | | |
| 18. ▮▮ IRA: AIM Basic Value Fund | | | | | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Sedwick, John W | 3/7/04 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. ⬛IRA: American Funds Growth Fund | | | | | | | | | |
| 20. ⬛IRA: Amreican Funds Capital World G&I Fund | | | | | | | | | |
| 21. ⬛IRA: Calamos Growth Fund | | | | | | | | | |
| 22. ⬛IRA: Davis N.Y. Venture | | | | | | | | | |
| 23. ⬛IRA: Fed. Int'l Small Co. | | | | | | | | | |
| 24. ⬛IRA: Pace Money Market | | | | | | | | | |
| 25. ⬛IRA: Pimco Innovation Fund | | | | | | | | | |
| 26. ⬛IRA: Pimco Total Return | | | | | | | | | |
| 27. ⬛IRA: Putnam Int'l Growth | | | | | | Sell | 11/21 | M | |
| 28. ⬛IRA: State Street Research | | | | | | | | | |
| 29. ⬛IRA: US Gov't Securities | | | | | | Rederemption | 11/15 | K | C |
| 30. ⬛IRA | B | | K | T | | | | | |
| 31. ⬛IRA: Bank One | | | | | | | | | |
| 32. ⬛IRA: Cisco Systems, Inc. | | | | | | Buy | 11/20 | J | |
| 33. ⬛IRA: Costco Wholesale Corp. | | | | | | Buy | 11/20 | J | |
| 34. ⬛IRA: Evergreen Money Fund | | | | | | | 11/20 | J | |
| 35. ⬛IRA: Intel Corp. | | | | | | | | | |
| 36. Medco Health Solutions, Inc. | | | | | | Spin off | 08/20 | J | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sedwick, John W | 3/7/04 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. ▨ IRA: Merck & Co. | | | | | | | | | |
| 38. ▨ IRA: Worldcom GA | | | | | | | | | |
| 39. ▨ IRA: Worldcom MCI | | | | | | | | | |
| 40. ▨ IRA Jack White Co. Lake Otis Equity | | | | | Sell | 10/30 | J | | |
| 41. ▨ IRA: Safeway | | | | | Sell | 11/20 | J | | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)  Q = Appraisal  U = Book Value  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  V = Other  W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Sedwick, John W | 3/7/04 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

1.  ████████ was acquired by ████████ and is now known ████████ All entries formerly identified as ██ have been changed to ██

2.  The ████████ RMA Fund fell below the reporting threshold and was thereafter closed. It has been removed from the report. There was no income from that source in 2003.

3.  Even though R&D Partners was dissolved in 2001, the ██ IRA continued to receive small cash distributions in connection with winding up its affairs as follows:  03/25, 06/27, 9/25, and 12/30, each  with income code ██

4.  On last year's report, an 12/20/02 acquisition of additional shares of American Funds Growth Fund was reported. That was an error. The acquisition on 12/20/02 was of a related fund, American Funds World Growth and Income Fund. The correct name is used on this year's report. Accodingly, both the original American Funds Growth Fund and the more recently acquired American Funds World Growth and Income Fund appear as assets held in the ██ IRA for 2003.

5.  Van Kampen Emerging Markets Fund, the new name for Van Kampen Asian Fund, is used in this report.

6.  The interest in the Jack White Tudor Road equity listed as an asset in the ████████ IRA in the 2002 report was erroneously listed. The interest was actually sold as part of the dissolution of the Jack White Tudor Road equity in a prior year, but the IRA manager failed to correct its records. There was a loss on the sale. This item has been removed from the report for 2003.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat██████████████████████        Date  3-7-04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544